**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gurmeet Singh,<br><br>        Petitioner,<br><br>vs.<br><br>Katrina Kane,<br><br>        Respondent. | No. CV12-0693-PHX-SRB<br><br>**ORDER** |

    Petitioner, Gurmeet Singh, filed his Petition for Writ of Habeas Corpus on April 2, 2012. Respondent filed her Response to the Petition for Writ of Habeas Corpus on June 27, 2012. On October 11, 2012 Respondent filed a Suggestion of Mootness advising the Court that Petitioner was removed from the United States on or about July 23, 2012.

    The Magistrate Judge filed her Report and Recommendation on October 22, 2012 recommending that Petitioner's Petition for Writ of Habeas Corpus be dismissed as moot and without prejudice.

    In her Report and Recommendation the Magistrate Judge advised the parties that they had 14 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed. The Court notes that the Petitioner's copy of the Report and Recommendation has been returned by the post-office with the notation "Not in Custody."

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

DATED this 6th day of November, 2012.

_____
Susan R. Bolton
United States District Judge